AO 240A

# UNITED STATES DISTRICT COURT

_____District of New Jersey_____

**Julietta Glaster**

        Plaintiff

V.

**Commissioner of Social Security**

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-388 (KSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED, and

☑ The clerk is directed to file the complaint, and

☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____
_____

ENTER this 31st day of January, 2009

_____
Signature of Judicial Officer

Katharine S. Hayden
Name and title of Judicial Officer